IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 11-CV-2043 |
| ) | |
| vs. ) | |
| ) | |
| A CASHIER'S CHECK IN THE ) | |
| AMOUNT OF ONE HUNDRED ) | |
| THIRTY-ONE THOUSAND TWO ) | |
| HUNDRED FIFTY-SIX DOLLARS AND ) | |
| SEVENTY-SEVEN CENTS ) | |
| ($131,256.77), ) | |
| ) | |
| and ) | |
| ) | |
| A CASHIER'S CHECK IN THE ) | |
| AMOUNT OF ONE HUNDRED ) | |
| ELEVEN THOUSAND ONE HUNDRED ) | |
| SIXTY-SEVEN DOLLARS AND ) | |
| EIGHTY-NINE CENTS ) | |
| ($111,167.89), ) | |
| ) | |
| Defendants. ) | |

**ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT**

Based upon the Stipulation for Compromise Settlement filed by the parties on June 11, 2013;

IT IS HEREBY ORDERED:

1. That the Stipulation of Compromise Settlement is approved by this Court;

2. That Twenty-Four Thousand Five Hundred Seventy-Five Dollars and Seventy-One Cents ($24,575.71) from the Cashier's Check in the amount of $131,256.77 shall be returned to the Claimants through their attorney John Lane, after

a U.S. Treasury Offset search has been completed indicating that neither Charlene Beckman, Glenn Beckman, Century Finance, Inc. and Champion Motors, Inc. owe any outstanding federal or state governmental debts;

3. That the One Hundred Eleven Thousand One Hundred Sixty-Seven Dollars and Eighty-Nine Cents ($111,167.89) from the Cashier's Check in the same amount, which represents funds from the Century Finance, Inc. bank account #XXXX251, is hereby forfeited to the United States of America pursuant to Title 31, United States Code, Section 5317(c)(2) for violations of Title 31, United States Code, Section 5324;

4. That One Hundred Six Thousand Six Hundred Eighty-One Dollars and Six Cents ($106,681.06) from the Cashier's Check in the amount of $131,256.77, which represents funds from the Champion Motors, Inc. Bank account #XX210, is forfeited to the United States of America pursuant to Title 31, United States Code, Section 5317(c)(2) for violations of Title 31, United States Code, Section 5324;

5. That the Internal Revenue Service, Criminal Investigation Division, United States Department of Treasury shall deposit the One Hundred Eleven Thousand One Hundred Sixty-Seven Dollars and Eighty-Nine Cents ($111,167.89) from the Cashier's Check in the same amount into the U.S. Treasury Asset Forfeiture Fund to be disposed of according to the law;

6. That the Internal Revenue Service, Criminal Investigation Division, United States Department of Treasury, shall deposit the One Hundred Six Thousand Six Hundred Eighty-One Dollars and Six Cents ($106,681.06) from the Cashier's Check in

the amount of One Hundred Thirty-One Thousand Two Hundred Fifty-Six Dollars and Seventy-Seven Cents ($131,256.77) into the U.S. Treasury Asset Forfeiture Fund to be disposed of according to the law;

    7.    That each party is to bear their own costs of this action;

    8.    That this action is dismissed with prejudice.

DATED this 13th day of June, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA